IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NO. 4:04CV1723 |
| Plaintiff | : | Judge Jones |
| | : | |
| v. | : | |
| RICHARD A. GAHR, | : | |
| Defendant | : | Electronically Filed |

## ORDER OF CONTEMPT

_____This matter having been heard on the application of the United States to adjudge Richard Gahr in contempt of court, the Court finds that Richard Gahr has willfully and deliberately disobeyed the Court's Order of June 1, 2005, by his failure to answer the United States' written discovery requests. It is therefore

ORDERED, ADJUDGED and DECREED that Richard Gahr is in contempt of the Court on account of his failure to obey the Order of June 1, 2005, in this cause; and it is further

~~ORDERED that respondent Richard Gahr present himself to the United States Marshal for the Middle District of Pennsylvania, at 301 U.S. Courthouse, 240 West Third Street, Williamsport, PA, at or before 12:00 o'clock noon on the _____ day of _____, 2005; and it is further~~

ORDERED that the United States Marshal for the Middle District of Pennsylvania is hereby directed to take into custody the person of the respondent, Richard Gahr, and commit him until such time as he shall purge himself of contempt by complying with the Court's Order of June 1, 2005, requiring him to answer the United States' written discovery requests, or until further order of the Court. It is further

ORDERED that the coercive fine in the amount of $500.00 per day is imposed against Richard Gahr to commence on the day following the date of this order, and continuing for each day that Richard Gahr continues in his willful disregard of the Order of June 1, 2005. It is further

ORDERED that the United States recover its costs in pursuing this contempt proceeding. *The said costs shall be submitted within 30 days.* It is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

2

DONE this **23rd** day of **August**, 2005.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044-0227

RICHARD GAHR
270 W. Third Street
Williamsport, PA 17701